**SEALED**

**FILED**
MAY 0 6 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24 CR 1 3 7 - GKF |
| Plaintiff, | **FILED UNDER SEAL** |
| v. | **INDICTMENT**<br>[18 U.S.C. § 2422(b) – Coercion and Enticement of a Minor] |
| THOMAS EDWARD PETRO, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

From on or about August 10, 2023, to on or about August 28, 2023, in the Northern District of Oklahoma, the defendant, **THOMAS EDWARD PETRO**, used any facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, M.V., a child known to the Grand Jury who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

CLINTON J. JOHNSON
United States Attorney

_____
KATE BRANDON
Assistant United States Attorney

A TRUE BILL

/s/ *Grand Jury Foreperson*
Grand Jury Foreperson